IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
LUFKIN DIVISION

| | | |
|---|---|---|
| PHILLIP ELLIS | § | |
| | § | |
| V. | § | CIVIL ACTION NO. 9:13-CV-00265 |
| | § | |
| TEMPLE-INLAND, INC. | § | |

## MEDIATOR'S REPORT

TO THE HONORABLE JUDGE OF SAID COURT:

IN accordance with the Court's Order, a mediation conference was held on August 8, 2014. The conference resulted in settlement. All parties and counsel were present.

SIGNED this 15th day of August 2014.

/s/ *Kip Glasscock*
Mediator Kip Glasscock