

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF TEXAS**
**LUFKIN DIVISION**

| | | |
|---|---|---|
| PHILLIP ELLIS, | § | |
| | § | |
| *Plaintiff,* | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 9:13-CV-265 |
| | § | |
| TEMPLE ASSOCIATES, INC., | § | |
| | § | |
| *Defendant.* | § | |

## ORDER OF DISMISSAL

In accordance with 28 U.S.C. § 636(c), the Local Rules for the United States District Court for the Eastern District of Texas, the parties' consent and order of the District Court, the above-captioned civil action is before the undersigned United States Magistrate Judge for consideration of all matters, trial and entry of judgment. The parties previously notified the Court that a settlement had been obtained and the undersigned issued an order directing the filing of closing papers. Accordingly, now before the Court is the parties' *Motion for Voluntary Dismissal with Prejudice* (doc. #31).

It is **ORDERED** that the *Motion for Voluntary Dismissal* (doc. #31) is **GRANTED**. The Court further **ORDERS** that all claims and causes of action asserted in this case are **DISMISSED** in their entirety with prejudice.

This proceeding is **CLOSED.** The Court retains jurisdiction to enforce any settlement. This is a final judgment disposing of all claims and parties.

It is so ordered.

**SIGNED this the 3rd day of November, 2014.**

_____
KEITH F. GIBLIN
UNITED STATES MAGISTRATE JUDGE